1  Robert L. Ebe (State Bar No. 70726)
   rebe@nixonpeabody.com
2  Donald L. Bartels (State Bar No. 46230)
   dbartels@nixonpeabody.com
3  Talley E. McIntyre (State Bar No. 203131)
   tmcintyre@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
6  Fax:  (415) 984-8300

7  Attorneys for Defendants
   MONSTER MINI GOLF, LLC,
8  MONSTER ENTERTAINMENT, LLC,
   CHRISTINA VITAGLIANO, SPOOK, INC.,
9  CHRIS STOECKLE, and CINDY STOECKLE

10 LaRIVIERE GRUBMAN & PAYNE LLP
   Robert W. Payne (Ca. Bar No. 073901)
11 Nicole A. Smith (Ca. Bar No. 243823
   19 Upper Ragsdale Drive, Suite 200
12 P.O. Box 3140
   Monterey, CA  93942-3140
13 Telephone: (831) 649-8800
   Fax:  (831) 649-8835
14
   Attorneys for Plaintiff
15 MONSTER CABLE PRODUCTS, INC.

16

17              UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19

20 MONSTER CABLE PRODUCTS, INC., a          No. 2:08-cv-01037-LKK-EFB
   California corporation,
21                                          **STIPULATION AND ORDER EXTENDING**
                    Plaintiff,              **TIME FOR DEFENDANTS TO RESPOND**
22                                          **TO COMPLAINT**
            vs.
23
   MONSTER MINI GOLF, LLC, a Connecticut
24 limited liability company, MONSTER
   ENTERTAINMENT, LLC, a Connecticut limited
25 liability company, CHRISTINA VITAGLIANO,
   an individual, SPOOK, INC., a California
26 Corporation, CHRIS STOECKLE, an individual
   d/b/a MONSTER MINI GOLF, CINDY
27 STOECKLE, an individual d/b/a MONSTER
   MINI GOLF, and DOES 1-100, inclusive,
28

STIPULATION EXTENDING TIME FOR DEFENDANTS TO                              11044907.3
RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1

2

Defendants. | Complaint Filed: May 12, 2008

3

4

All  parties affected by this stipulation stipulate and agree, through their counsel of record, as follows:

5

6

On May 12, 2008, Plaintiff filed an Original Complaint, and subsequently served Defendants Monster Mini Golf, LLC and Monster Entertainment, LLC on May 31, 2008, Ms. Vitagliano on June 14, 2008, and Spook, Inc.,  Chris Stoeckle and Cindy Stoeckle on May 29, 2008.  Pursuant to Civil L. R. 6-144(a), Plaintiff and all defendants agreed to a thirty (30) day extension of time for each to answer or otherwise respond, which extended the deadlines as follows:

7

8

9

10

July 18, 2008 for Spook, Inc., Chris Stoeckle and Cindy Stoeckle;

11

July 21, 2008 for Monster Mini Golf, LLC and Monster Entertainment, LLC; and

12

August 6, 2008 for Ms. Vitagliano.

13

The parties have been engaged in settlement discussions, and defendants have been attempting to determine potential insurance coverage and counsel.  The parties have therefore agreed to an additional extension of time for all defendants to respond to the complaint of September 8, 2008, and jointly request the court to so order.

14

15

16

17

**IT IS SO STIPULATED.**

18

19

DATED: July 15, 2008

20

Respectfully submitted,

NIXON PEABODY LLP

21

22

By: /s/ _____

23

Robert L. Ebe
Donald L. Bartels
Talley E. McIntyre
Attorneys for Defendants

24

25

26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

-2-

11044907.3

DATED: July 15, 2008

Respectfully submitted,

LaRIVIERE GRUBMAN & PAYNE LLP

By: /s/ _____
    Robert W. Payne
    Nicole A. Smith
    Attorneys for Plaintiff
    MONSTER CABLE PRODUCTS, INC.

SO ORDERED.

DATED:  July 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION EXTENDING TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT

-3-

11044907.3

PDF created with pdfFactory trial version www.pdffactory.com