UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONSTER CABLE PRODUCTS, INC.,
a California corporation,

                                      NO. CIV. S-08-1037 LKK/EFB

    Plaintiff,

   v.

                                      O R D E R

MONSTER MINI GOLF, LLC, a
Connecticut limited liability
company, et al.,

    Defendants.
_____/

    A telephonic status conference was held in chambers on August 18, 2008.

    The court determines that the defendants shall file a responsive pleading by September 8, 2008. All other proceedings are stayed, except that a further status conference is set for December 1, 2008 at 10:30 a.m.

    The matter is now referred for Voluntary Dispute Resolution.

    IT IS SO ORDERED.

    DATED: August 19, 2008.

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

1