LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (CA Bar No. 073901)
Scott J. Allen (CA Bar No. 178925)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> MONSTER MINI GOLF, LLC, a Connecticut limited liability company, <br> MONSTER ENTERTAINMENT, LLC, a Connecticut limited liability company, <br> CHRISTINA VITAGLIANO, an individual, <br> SPOOK INC., a California Corporation, <br> CHRIS STOECKLE, an individual d/b/a <br> MONSTER MINI GOLF, CINDY <br> STOECKLE, an individual d/b/a MONSTER <br> MINI GOLF, and DOES 1-100 inclusive, <br><br> Defendants. | CASE NO. 2:08-cv-01037-LKK-EFB <br><br> **STIPULATION DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE, WITHDRAWING DEFENDANTS' OPPOSITION TO MOTION TO DISMISS, AND TAKING HEARING ON MOTION TO DISMISS OFF-CALENDAR** <br><br> **Date: January 12, 2009** <br> **Time: 10:00 a.m.** <br> **Courtroom No: 4** <br> **Judge: The Honorable Lawrence K. Karlton** |

WHEREAS, on December 12, 2008, Plaintiff, Monster Cable Products, Inc. ("Monster") filed a Motion for Leave to Dismiss Action Without Prejudice (the "Motion"), which seeks to dismiss its claims against Defendants without prejudice;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on December 30, 2008, the Defendants filed an opposition to the Motion, in which the Defendants asked the Court to condition dismissal of the action on Monster's payment of the Defendants' costs and attorneys' fees;

WHEREAS, Monster and the Defendants have now agreed that Monster's Motion should be granted, and that Monster's claims in this action should be dismissed without prejudice and that the Court need not condition such dismissal on Monster's payment of the Defendants' costs or attorneys' fees;

NOW, THEREFORE, Monster and the Defendants, acting by and through the undersigned counsel of record, hereby agree as follows:

1. Monster's Motion shall be granted.

2. Monster's claims against the Defendants shall be dismissed without prejudice.

3. The Defendants hereby withdraw their opposition to the Motion and withdraw their request that dismissal be conditioned on Monster's payment of the Defendants' costs and attorneys' fees.

4. The hearing on Monster's Motion, currently scheduled for January 12, 2009 at 10:00 a.m. is hereby taken off-calendar.

Dated: January 6, 2009                    LARIVIERE, GRUBMAN & PAYNE, LLP


                                          By    /s/ Robert W. Payne
                                              Robert W. Payne
                                              Counsel for Plaintiff
                                              MONSTER CABLE PRODUCTS, INC.

//

//

//

//

Case No.  2:08-cv-01037-LKK-EFB
STIPULATION DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE, WITHDRAWING DEFENDANTS'
OPPOSITION TO MOTION TO DISMISS, AND TAKING HEARING ON MOTION TO DISMISS OFF-CALENDAR

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: January 6, 2009                    NIXON PEABODY, LLP

2                                             By: /s/ Arthur L. Pressman(as authorized on 1/6/09)

3                                                    Arthur L. Pressman
                                                     Counsel for Defendants

4                                                    MONSTER MINI GOLF, LLC, MONSTER
                                                     ENTERTAINMENT, LLC, CHRISTINA

5                                                    VITAGLIANO, SPOOK, INC., CHRIS
                                                     STOEKLE, and CINDY STOEKLE

6

7

8                                            **ORDER**

9           Pursuant to Stipulation, IT IS SO ORDERED.

10

11  Dated:  January 8, 2009.

12

13

14                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE

15                                          UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28  Case No.  2:08-cv-01037-LKK-EFB
    STIPULATION DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE, WITHDRAWING DEFENDANTS'
    OPPOSITION TO MOTION TO DISMISS, AND TAKING HEARING ON MOTION TO DISMISS OFF-CALENDAR